SAO
JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
GEORGE R. LYLES, ESQ.
Nevada Bar No. 000309
OLSON, CANNON, GORMLEY
& DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
(702) 384-4012
FAX: (702) 383-0701
E-Mail: jolson@rocgd.com; glyles@rocgd.com;

Attorneys for Defendant SCHWING AMERICA, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \*

| | |
|---|---|
| ERNEST HUGHES, individually; ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SCHWING AMERICA, INC., a ) <br> Minnesota Corporation, DOES II ) <br> through V inclusive, and ROE ) <br> CORPORATIONS I through X, ) <br> inclusive, ) <br> Defendants. ) | CASE NO. 2:08-cv-1739-JCM-GWF |

## STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED by and between ERNEST HUGHES and SCHWING AMERICA, INC., through their respective counsel, that the above-entitled cause of

///
///
///
///
///
///

action, shall be dismissed with prejudice, each of the parties to bear their own costs and attorneys' fees herein incurred.

DATED this 12 day of October, 2011.

GREENMAN, GOLDBERG, RABY & MARTINEZ

By: _____
PAUL E. RABY, ESQ.
Nevada State Bar No. 000769
601 S. Ninth Street
Las Vegas, NV 89101
Attorneys for Plaintiffs

PLAINTIFF

By: _____
ERNEST HUGHES
C/O Greenman, Goldberg, Raby & Martinez
601 S. Ninth Street
Las Vegas, NV 89101
Plaintiff

OLSON, CANNON, GORMLEY & DESRUISSEAUX

By: _____
GEORGE R. LYLES, ESQ.
Nevada State Bar No. 000309
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Defendants

## ORDER

IT IS SO ORDERED that this case, be dismissed with prejudice as to Defendants, and all parties are to bear their own costs and attorneys fees.

DATED this 18th day of October, 2011.

_____
HONORABLE UNITED STATES
DISTRICT COURT JUDGE JAMES C. MAHAN